ACCEPTED
03-15-00266-CR
6805359
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/4/2015 2:03:57 PM
JEFFREY D. KYLE
CLERK

**Kevin B. Stryker**

**Attorney at Law**

217 Arden Grove

San Antonio, Texas 78215

Phone: 210-693-1500

Fax: 1-888-252-3033

Strykerlawfirm@gmail.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/4/2015 2:03:57 PM
JEFFREY D. KYLE
Clerk

September 4, 2015

Re: *Randall Arthur Hazel v. The State of Texas,* Case #: 03-15-00266-CR

To the Honorable Justices of the Third Court of Appeals

This is a communications to certify that, within five days of this Court's opinion being handed down in the above-referenced case, I sent a copy of this Court's opinion and judgment along with notification of the defendant's right to file a *pro se* petition for discretionary review under Rule 68, to Randall Arthur Hazel by certified mail, return receipt requested as evidenced by the attached copy of the return receipt.

I certify that the above information is true and correct,

Kevin Stryker
Attorney for Randall Hazel

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x Randall A. Hazel  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Randall A. Hazel   C. Date of Delivery: 8-18-2015 |
| 1. Article Addressed to:<br>Randall Arthur Hazel<br>TDCJ# 02002397<br>295 I.H. 45 North<br>Huntsville, Tx 77320-8443<br>Holliday Unit | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 9590 9401 0000 5071 2403 47 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ... Mail<br>☐ ...Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7015 0640 0000 3737 1220 | |

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt